IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Carmen Shipman, | ) | C.A. No.: 7:05-01926-GRA-BHH |
|     Plaintiff | ) | |
| v. | ) | **LOCAL RULE 16.03 ADR STATEMENT AND CERTIFICATION** |
| Dolgencorp, Inc., | ) | |
|     Defendants. | ) | |

The statement reads as follows:

Pursuant to the Courts Scheduling Order and Local Rule 16.03 (D.S.C.), Plaintiff, Carmen Shipman, through their undersigned counsel, certifies that counsel has provided Defendant with information and materials regarding the availability of ADR: Discuss the availability of ADR avenues with the parties: and initial discussions regarding the advisability and timing of ADR with opposing counsel.

Counsel for the parties have agreed to conduct a mediation conference on or before April 21, 2006, based upon the propose they presented in the 26 (f) Report.

                                              HODGE LAW FIRM

                                              */s/ John G. Reckenbeil*

                                              John G. Reckenbeil, Fed ID 7671
                                              Attorney for Plaintiff
                                              Post Office Box 2765
                                              Spartanburg, SC 29304
                                              (864) 585-3873

Dated: August 30, 2005
Spartanburg, SC