UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| Carmen Shipman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:05-01926-GRA-BHH |
| ) | |
| Dolgencorp, Inc., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

COME NOW Plaintiff Carmen Shipman and Defendant Dolgencorp, Inc., by and through their respective counsel, and file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Plaintiff and Defendant hereby stipulate to dismissal of the above-captioned case <u>with prejudice</u>.

Dated this the 2nd day of February 2006.

Respectfully submitted,

| LAW OFFICE OF JOHN G. RECKENBEIL | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| *John G. Reckenbeil* | *[signature]* |
| John G. Reckenbeil | William L. Duda |
| Fed. ID No. 7671 | Fed. ID No. 7740 |
| Post Office Box 1633 | 1320 Main Street, Suite 600 |
| Spartanburg, SC  29304 | Columbia, SC  29201 |
| 864.585.3873 | 803.252.1300 |
| 864.585.6485 fax | 803.254.6517 fax |
| | bill.duda@ogletreedeakins.com |
| **Attorney for Plaintiff** | **Attorney for Defendant** |